■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON CONTRERAS, Appellant. [997 NYS2d 632]—

Appeal by the defendant, as limited by his brief, from a sentence of the Supreme Court, Nassau County (Donnino, J.), imposed April 24, 2013, upon his conviction of manslaughter in the first degree, upon his plea of guilty, the sentence being a determinate term of imprisonment of 10 years with five years of postrelease supervision.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Brown*, 122 AD3d 133 [2014]). Dillon, J.P., Dickerson, Roman and Sgroi, JJ., concur.